# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

FEDERAL CASE NO.:
STATE CASE NO.: 2008-CA-011107-MF

# NOTICE OF REMOVAL

WELLS FARGO BANK, N.A. as Trustee
for Option One Mortgage Loan Trust 2005-3
Asset-Backed Certificates, Series 2005-3,
          PLAINTIFF,

VS

JOSE R. DIAZ; UNKNOWN SPOUSE OF JOSE R. DIAZ; MARIA E. DIAZ; UNKNONW SPOUSE OF MARIA E. DIAZ; IF LIVING, INCLUDING ANY UNKNOWN SPOUSE OF SAID DEFENDANTS(S); IF REMARRIED, AND IF DECEASED, THE RESPECTIVE UNKNOWN HEIRS, DEVISEES, GRANTEES, ASSIGNEES, CREDITORS, LIEONS, AND TRUSTEES, AND ALL OTHER PERSONS CLAIMING BY, THROUGHT, UNDER OR AGAINST THE NAMED DEFENDANT(S); CENTRAL FLORIDA EDUCATIONS, FCU; CANOE CREEK ESTATES HOMEOWNERS ASSOCIATION, INC.; WHETHER DISSOLVED OR PRESENTLY EXISTING, TOGETHER WITH ANY GRANTEES; ASSIGNEES, CREDITORS; LIENORS, OR TRUSTEES OF SAID DEFENDANT(S) AND ALL OTHER PERSONS CLAIMING BY, THROUGH, UNDER, OR AGAINST DEFENDANT(S); UNKNOWN TENANT #1'; UNKNOWN TENANT #2
          DEFENDANT(S)

---

**The court and the purported plaintiffs and other named parties shall take notice that the above and titled matter has been removed to Federal Court as per Title 28 USC 1446d.**

**Title 28 USC 1446d reads as follows:**
   *Promptly after the filing of such notice of removal of a civil action the defendant or defendants shall give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk of such state court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded.*

Pursuant to removal Title 28 USC 1446a the following statements are made as follows:

BRIEF STATEMENT FOR REMOVAL: BANK FRAUD

I Jose R. Diaz, certified that to the best of my knowledge, Information and belief, the paper presented meets certain criteria including, but not limited to, that it is not presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation. The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law. The factual contentions have eventiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and the denial of factual contentions are warranted on the evidence or if specifically so identified, are reasonable based on belief or a lack of information. This is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**ALL PARTIES ARE BEING SERVED NOTICE OF REMOVAL, THIS 17 DAY OF NOV, 2009**

Daniel M. Santos, Party of Interest
307 marquee drive, Kissimmee, Fl.34758

Jose R. Diaz
2956 Micah ct., Saint Cloud, Fl. 34772

I hereby certify that the following named have been notified via US Mail:

_/s/ Jose R. Diaz_   11-17-09
Jose R. Diaz            Date

SHAPIRO & FISHMAN, LLP: 10004 N. DALE MARBRY HIGHWAY, SUITE 112, TAMPA, FL 33618

JOSE R. DIAZ, JR., 2956 MICAH CT., SAINT CLOUD, FL 34772

MARIA E. DIAZ, 2956 MICAH CT., SAINT CLOUD, FL 34772


CENTRAL FLORIDA EDUCATIONS, FCU, C/O KEVIN SCOTT MILLER, SR. VP/ GENERAL COUNSEL, 1000 PRIMERA BLVD., LAKE MARY, FL 32746

CANOE CREEK ESTATES HOMEOWNERS ASSOCIATION, INC., C/O ASSOCIATION SOLUTIONS OF CENTRAL FLORIDA, INC. R.A., 231 RUBY AVENUE, SUITE A, KISSIMMEE, FL 34741

STATE OF FLORIDA DEPARTMENT OF REVENUE, C/O EXECUTIVE DIRECTOR, 501 SOUTH CALHOUN STREET, ROOM 104, TALLAHASSEE, FL 32399

FLORIDA PEST CONTROL, C/O PRESIDENT/ VICE PRESIDENT/CHAIRMAN, 3300 COMMERCE BOULEVARD, KISSIMMEE, FL 34741

CALVARY PORTFOLIO SERVICES, LLC AS ASSIGNEE OF CALVARY SPV1, LLC AS ASSSGINEE OF PRINUS AUTO FIN. SVCS, C/OCT COPRPORATION SYSTEM R.A., 2394 EAST CAMELBACK ROAD, PHOENIX, AZ 85016

LVNV FUNDING, LLC AS ASSIGNEE OF DIRECT MERCHANT BANK, N.A., C/O CT CORPORATION SYSTEM R.A., 75 BEATTIE PLACE, GREENVILLE, SC 29601

KENNY DEONARINESINGH, 3712 LAKE MARGRET DRIVE, ORLANDO, FL 32812