09 CV1959

The area above this line for use of the recording official

-------------------------------------------------------------------------------------

IN THE CIRCUIT COURT OF THE 9th JUDICIAL CIRCUIT
OF FLORIDA, IN AND FOR OSCEOLA COUNTY

| | |
|---|---|
| Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2005-3 Asset-Backed Certificates, Series 2005-3, | |
| Plaintiff, | Case #: 2008-CA-011107-MF Division #: 22 |
| -vs.- | UNC: · |
| Jose R. Diaz, Jr.; Maria E. Diaz; Central Florida Educations, FCU; Canoe Creek Estates Homeowners Association, Inc.; State of Florida Department of Revenue; Florida Pest Control; Calvary Portfolio Services, LLC as assignee of Calvary SPV 1, LLC as assignee of Prinus Auto Fin. SVCS.; LVNV Funding, LLC as Assignee of Direct merchant bank, N.A.; Kenny Deonarinesingh | |
| Defendant(s). | |

**FINAL SUMMARY JUDGMENT OF FORECLOSURE**

THIS CAUSE, having come before the Court upon Plaintiff's Motion for Summary

Judgment of Foreclosure, upon Plaintiff's Complaint to Foreclose Mortgage and upon the

documents offered in support thereof, and the Court being fully advised in the premises, it

is,

**ORDERED, ADJUDGED AND DECREED:**

1.    Due and legal service of process has been made upon the defendant(s) Jose R. Diaz, Jr.; Maria E. Diaz; Central Florida Educations, FCU; Canoe Creek Estates Homeowners Association, Inc.; State of Florida Department of Revenue; Florida Pest Control; Calvary Portfolio Services, LLC as assignee of Calvary SPV 1, LLC as assignee of Prinus Auto Fin. SVCS.; LVNV Funding, LLC as Assignee of Direct merchant bank, N.A.; Kenny Deonarinesingh. This Court has jurisdiction of the parties in this cause and the subject matter hereof. Further, the allegations contained in Plaintiff's complaint have been proven by competent evidence and the equities in this cause are with the Plaintiff.

2.    The court hereby enters a Final Judgment in favor of Plaintiff, Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2005-3 Asset-Backed Certificates, Series 2005-3, against Jose R. Diaz, Jr.; Maria E. Diaz; Central Florida Educations, FCU; Canoe Creek Estates Homeowners Association, Inc.; State of Florida Department of Revenue; Florida Pest Control; Calvary Portfolio Services, LLC as assignee of Calvary SPV 1, LLC as assignee of Prinus Auto Fin. SVCS.; LVNV Funding, LLC as Assignee of Direct merchant bank, N.A.; Kenny Deonarinesingh.

3.    The Mortgage sued upon by the Plaintiff in this cause constitutes a valid lien upon the property hereinafter described and the Mortgage is in default as alleged in the Complaint.

4.    The Court finds, based upon the affidavits presented and upon inquiry of counsel for the plaintiff, that 8 hours were reasonable expended by plaintiff's counsel and that an hourly rate of $150.00 is the contractually amount listed in paragraph 2 and is appropriate. PLAINTIFF'S COUNSEL CERTIFIES THAT THE ATTORNEY FEE AWARDED DOES NOT EXCEED ITS CONTRACT FEE WITH THE PLAINTIFF. The Court finds that there are no reduction or enhancement factors for consideration by the Court pursuant to Florida Patient's Compensation Fund v. Rowe, 472 So.2d 1145 (Fla. 1985).

5.    There is due the Plaintiff on the Mortgage and Note sued upon, including foreclosure fees and costs, the following sums:

| | |
|---|---|
| Principal Due on Note and Mortgage | $175,195.73 |
| Pre-Acceleration Late Charges | 158.90 |
| Interest due from August 1, 2008 through August 20, 2009 at 7.99% | $14,764.84 |

ADVANCES MADE AND PAID BY PLAINTIFF;

| | |
|---|---|
| Title Report | $275.00 |
| BPO | $190.00 |
| Borrower Interview | $130.00 |
| Property Inspection | $67.20 |
| | |
| TOTAL ADVANCES: | $662.20 |
| SUBTOTAL: | $190,781.67 |

FORECLOSURE COSTS;

| | |
|---|---|
| Filing Fee | $425.00 |
| Private Process Server | $910.00 |
| | |
| TOTAL FORECLOSURE COSTS: | $1,335.00 |
| | |
| JUDGMENT SUBTOTAL | $192,116.67 |
| | |
| ATTORNEY'S FEE | $1,300.00 |
| JUDGMENT GRAND TOTAL | $193,416.67 |

plus interest on the total judgment, at the prescribed rate by Florida Statutes §55.03, from the date of this Judgment until paid, and any further sums in connection herewith.

6.     The Plaintiff has a lien to secure the payment of the aforesaid sums against the following described property located in Osceola County, Florida.

LOT 23, CANOE CREEK ESTATES, PHASE 5, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 14, PAGES 57 AND 58, PUBLIC RECORDS OF OSCEOLA COUNTY, FLORIDA.

The aforesaid lien of the Plaintiff is prior, paramount and superior to all rights, claim, liens, interest, encumbrances and equities of the Defendants and all persons, firms or corporations claiming by, through or under said Defendants or any of them and the property will be sold free and clear of all claims of said Defendants, with the exception of any assessments pursuant to Florida Statutes §§718.116 and 720.3085.

7.      That the legal description in the subject mortgage used to identify the real property described by site address 2956 Micah Court, Saint Cloud, FL 34772 herein is hereby ratified, confirmed or reformed in the mortgage so that the legal description as contained herein shall be the same legal description on the mortgage

8.      If the total sum due with interest and all costs of this action are not forthwith paid, the Clerk of the Court shall sell the property at public sale, to the highest bidder for cash, except as set forth hereinafter, 2 COURTHOUSE SQUARE, SUITE 2600/ROOM #2602, KISSIMMEE, FLORIDA, 34741, AT 11:00 A.M. on ᴺᴼⱽ 18 , 2009 after having first given notice as required by § 45.031 Fla. Stat. (1995).

9.      In addition, Plaintiff may assign the Judgment and credit bid by the filing of an Assignment without further order of this court.  Should a party other than Plaintiff be the purchaser at the sale, Plaintiff shall be reimbursed by the Clerk for all costs advanced.  At the time of payment of the bid amount, any purchaser other than Plaintiff shall pay all service charges assessed by the Clerk of the Circuit Court pursuant to §28.24 Fla. Stat.(1995), together with proper documentary stamps to be affixed to the Certificate of Title.  If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum including interest and costs accruing subsequent to this Judgment, or such part of it, as necessary to pay the bid in full.  Any sums expended by Plaintiff, including but not limited to Ad Valorem Taxes, Hazard Insurance, property preservation, bankruptcy fees or other necessary costs, shall be credited to Plaintiff's bid. If Plaintiff is to include such sums in its bid, Plaintiff shall file an affidavit setting forth such expenditures, and the amount due as set forth in paragraph 4 hereof shall be increased by the amount of such advances without further Order of the Court.

10.     Any purchaser other than Plaintiff shall pay all service charges assessed by the Clerk of the Circuit Court pursuant to Florida Statute 28.24 together with proper documentary stamps to be affixed to the Certificate of Title.  If Plaintiff is the purchaser, the

Clerk shall credit Plaintiff's bid with the total sum with interest and cost accruing subsequent to this Judgment, or such part of it, as necessary to pay the bid in full.

11.     **IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THIS FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN 60 DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.**

If the property being foreclosed on has qualified for the homestead tax exemption in the most recent approved tax roll the following provision applies:

**IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, MALCOM THOMPSON, OSCEOLA COUNTY COURTHOUSE, 12 SOUTH VERNON AVENUE, KISSIMMEE, FL 34741,(407)742-3500, WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.**

**IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU**

**UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT COMMUNITY LEGAL SERVICES OF MID-FLORIDA, INC., 800 NORTH MAIN STREET, KISSIMMEE, FL 34741, 407-847-0053 TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT COMMUNITY LEGAL SERVICES OF MID-FLORIDA, INC., 800 NORTH MAIN STREET, KISSIMMEE, FL 34741, 407-847-0053 FOR ASSISTANCE, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.**

12.   On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale and other monies collected by the Clerk in connection with the sale, so far as they are sufficient, by paying: first, all of Plaintiff's costs; second, documentary stamps affixed to the Certificate of Title and registry fees, if applicable; third, Plaintiff's attorneys fees; forth, the total sum due Plaintiff less the items paid, plus interest at the rate prescribed by law from the date of the hearing on the Motion For Final Summary Judgment to the date of the issuance of the Certificate of Title; and by retaining any amount remaining pending further order of this Court.

13.   The sale shall be held in accordance with §45.031 Fla. Stat.(1995), and upon the Clerk filing the Certificate of Sale, all persons shall be forever barred and foreclosed of any and all equity or right of redemption in and to the above described property. Upon issuance of the Certificate of Title, the sale shall stand confirmed, and the purchaser or the purchasers, their heirs, representatives, successors or assigns, shall be let into possession of the said premises as conveyed without delay. The Clerk of the Court is hereby specifically authorized to issue a Writ of Possession for the premises located at 2956 Micah Court, Saint Cloud, FL 34772 after filing of the Certificate of Title and the Sheriff is hereby

authorized to serve the Writ of Possession forthwith after issuance of Certificate of Title.This

Court retains jurisdiction of this cause for the purpose of making any and all further orders

as may be necessary and proper including, without limitation, writs of possession and

deficiency judgment.

DONE AND ORDERED in Chambers at KISSIMMEE, Osceola County, Florida, this 20th

day of August, 2009.

s/ R. JAMES STROKER

_____

CIRCUIT JUDGE

Copies furnished to:

SHAPIRO & FISHMAN, LLP: 10004 N. Dale Mabry Highway, Suite 112, Tampa, FL  33618

JOSE R. DIAZ, JR., 2956 MICAH COURT, SAINT CLOUD, FL 34772

MARIA E. DIAZ, 2956 MICAH COURT, SAINT CLOUD, FL 34772

CENTRAL FLORIDA EDUCATIONS, FCU, C/O KEVIN SCOTT MILLER , SR. VP/ GENERAL
COUNSEL, 1000 PRIMERA BLVD., LAKE MARY, FL 32746

CANOE CREEK ESTATES HOMEOWNERS ASSOCIATION, INC., C/O ASSOCIATION
SOLUTIONS OF CENTRAL FLORIDA, INC. R.A., 231 RUBY AVENUE, SUITE A, KISSIMMEE, FL
34741

STATE OF FLORIDA DEPARTMENT OF REVENUE, C/O EXECUTIVE DIRECTOR, 501 SOUTH
CALHOUN STREET, ROOM 104, TALLAHASSEE, FL 32399

FLORIDA PEST CONTROL, C/O PRESIDENT/VICE PRESIDENT/CHAIRMAN, 3300 COMMERCE
BOULEVARD, KISSIMMEE, FL 34741

CALVARY PORTFOLIO SERVICES, LLC AS ASSIGNEE OF CALVARY SPV 1, LLC AS ASSIGNEE
OF PRINUS AUTO FIN. SVCS, C/O CT CORPORATION SYSTEM R.A., 2394 EAST CAMELBACK
ROAD, PHOENIX, AZ 85016

LVNV FUNDING, LLC AS ASSIGNEE OF DIRECT MERCHANT BANK, N.A., C/O CT
CORPORATION SYSTEM R.A., 75 BEATTIE PLACE, GREENVILLE, SC 29601

KENNY DEONARINESINGH, 3712 LAKE MARGRET DRIVE, ORLANDO, FL 32812

OCCUPANTS, 2956 MICAH COURT, SAINT CLOUD, FL 34772

_____

08-116955