**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WELLS FARGO BANK, N.A., AS**
**TRUSTEE FOR OPTION ONE**
**MORTGAGE LOAN TRUST,**

          **Plaintiff,**

**-vs-**                                      **Case No. 6:09-cv-1959-Orl-31DAB**

**JOSE R. DIAZ, JR. ET AL.,**

          **Defendants.**

_____

## ORDER

This matter came before the Court *sua sponte* and upon consideration of *pro se* Defendant's, Jose R. Diaz ("Defendant"), Response to Order to Show Cause (the "Response") (Doc. 5).

On November 19, 2009, the Court entered its Order to Show Cause, directing Defendant to explain why this case should not be subject to a summary remand for, *inter alia*, failing to effect timely removal pursuant to 28 U.S.C. § 1446(b), violating the 'Forum Defendant Rule' contained in 28 U.S.C. § 1446(b), and running afoul of the *Rooker-Feldman* Doctrine (Doc. 4). Defendant was specifically advised that his failure to file a response by no later than Friday, December 4, 2009 would result in a summary remand without any further review (Doc. 4 at 2).

On Monday, January 7, 2009, the Court received by mail and filed Defendant's Response, which had been postmarked Friday, December 4, 2009. While the Court appreciates that Defendant could not timely file his Response in person by December 4, 2009 and will accept the

late filing, the Response does not address any of the Court's substantive concerns regarding its subject matter jurisdiction.

As the Court stated in its prior Order, "it appears clear that the removal of this case may have been improper" (Doc. 4 at 1). Defendant was given ample opportunity to explain why his removal was proper but has failed to do so. Accordingly, it is

**ORDERED** that, pursuant to 28 U.S.C. § 1446(c)(4), this case is hereby **REMANDED** to the Ninth Judicial Circuit Court in and for Osceola County, Florida. The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 11, 2009.

Copies furnished to:

**Unrepresented Party**
Counsel of Record

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE